# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| William Gene Snodey, <br><br> Plaintiff(s), <br><br> v. <br><br> Tom Dart, et al., <br><br> Defendant(s). | Case No. 1:23-cv-10094 <br> Judge Steven C. Seeger |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
      and against defendant(s)
      in the amount of $     ,

         which ☐ includes     pre–judgment interest.
                   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
      and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Plaintiff failed to comply with this Court's Order dated December 5, 2023
              (Dckt. No. [6]). The complaint is dismissed without prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger as stated on Order dated Jan. 30, 2024 (Dckt. No. [7]).

Date: 1/30/2024                                             Thomas G. Bruton, Clerk of Court

                                                                        Jessica J. Ramos, Deputy Clerk